IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| ANTAVIUS PARKS, | : | |
| Petitioner, | : | |
| v. | : | 1:07-CV-38 (WLS) |
| BRUCE CHATMAN, Warden, | : | |
| Respondent. | : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed December 3, 2007. (Doc. 13). It is recommended that Petitioner's §2254 petition be dismissed as untimely. *Id*. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 13) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the Defendant's Motion to Dismiss (Doc. 7) is **GRANTED** and Petitioner's § 2254 petition is hereby **DISMISSED.** Petitioner's Motion for Final Disposition (Doc. 12) is **DENIED as MOOT.**

**SO ORDERED**, this ___18th___ day of January, 2008.

                                                                                    /s/W. Louis Sands
                                                                         **THE HONORABLE W. LOUIS SANDS,
                                                                         UNITED STATES DISTRICT COURT**